# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 19, 2023

### NO.  03-23-00237-CR

**Spencer Ralph Graham, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES BAKER, TRIANA, AND SMITH
### DISMISSED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment of conviction entered by the trial court.  Having reviewed the record, the Court agrees that this appeal should be consolidated into cause number 03-23-00238-CR and that this cause should be dismissed.  Therefore, the Court consolidates this cause, transfers all the records and filings in this cause number to cause number 03-23-00238-CR and dismisses cause number 03-23-00237-CR.  The costs will be assessed on the disposition of cause number 03-23-00238-CR.